UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**SHERRY ANN ELDER**　　　　　　　　　　　　　　Case No. **10-06181-BKC-3G7**

　　　　　　**Debtor(s).**

### TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

　　The trustee gives notice that he intends to sell the following property of the bankruptcy estate: 2005 Chevrolet Equinox, VIN - 2CNDL13F556134219, 1997 GMC 1500, VIN - 1GTEC14W9VZ535249, and 1994 Hydrasport Bass Boat, HIN - HSX4A214E494, for the sum of $3,000.00, payable in twelve monthly installments of $250.00 per month to the trustee, and mailed to his office address, 8584 Arlington Expressway, Jacksonville, Florida 32211, commencing December 15, 2010. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser is the debtor. There are no negative tax consequences. The trustee believes that selling to the debtor will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

　　The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October __17__, 2011.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory K. Crews
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GREGORY K. CREWS, Trustee
　　　　　　　　　　　　　　　　　　　　　　8584 Arlington Expressway
　　　　　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32211
　　　　　　　　　　　　　　　　　　　　　　(904) 354-1750
　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 172772

　　Mailed to creditors and parties in interest on October __17__, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**SHERRY ANN ELDER**  Case No. **10-06181-BKC-3G7**

_____Debtor(s)._____

### CERTIFICATE OF SERVICE OF TRUSTEE'S
### NOTICE OF INTENT TO SELL AT PRIVATE SALE

I certify, under penalty of perjury, that on October 17, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

Label Matrix for local noticing
113A-3
Case 3:10-bk-06181-PMG
Middle District of Florida
Jacksonville
Mon Oct 17 08:55:27 EDT 2011

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Capital Recovery IV LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cato Corporation
Attention: Credit Department
Po Box 34216
Charlotte, NC 28234-4216

Chase
Po Box 15298
Wilmington, DE 19850-5298

Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

Sherry Ann Elder
10403 Pinehurst Drive
Jacksonville, FL 32218-5281

Fia Card Services, NA/Bank of America
by American Infosource Lp As Its Agent
PO Box 248809
Oklahoma City, OK 73124-8809

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Gemb/jcp
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

HSBC Nv/GM Card
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197-5213

David E Hicks
Dennis LeVine & Associates, PA
PO Box 707
Tampa, FL 33601-0707

Hsbc/kmart
Hsbc Retail Srvs/
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197-5263

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacksonville Heart Center
1905 Corporate Square Blvd.
Jacksonville, FL 32216-1940

Eugene H Johnson
Johnson Law Firm PA
300 W Adams Street Ste 350
Jacksonville, FL 32202-4330

Kelly Karstaedt, Esq.
Rubin Debski, P.A.
P.O. Box 47718
Jacksonville, FL 32247-7718

Marks & Morgan
Po Box 8189
Gray, TN 37615-0189

Midland Mortgage Company
Attn: Bankruptcy
Po Box 26648
Oklahoma City, OK 73126-0648

Publix Employees Fed C
3005 W Hwy 92
Lakeland, FL 33802

Regions Bank
Po Box 11007
Birmingham, AL 35288-0001

State Farm Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

State Farm Financial S
Attn: BCC-DTB5
112 E Washington St
Bloomington, IL 61701-1001

United States Trustee - JAX 7
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Wells Fargo
PO Box 7648
Boise ID 83707-1648

Wells Fargo Auto Finance, Inc.
c/o Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL 33601-0707

Wffinancial
Po Box 7648
Boise, ID 83707-1648

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Paul M. Glenn
Jacksonville

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28